AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) | |
|---|---|---|
| v. | ) | 6:21-MJ-00028-KNM |
| ALEX KIRK HARKRIDER | ) | Case No. |
| ▮▮▮▮▮▮▮▮ | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **January 6, 2021** in the county of _____ in the _____ District of **Columbia**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 1752(a),1752(b)(1)(A) | Conspiracy and Unlawful Entry with Dangerous Weapon; |
| 40 U.S.C. §§ 5104(e)(2), 5104(e)(2)(D) and (G) | Violent Entry and Disorderly Conduct on Capitol Grounds; |
| 18 U.S.C. § 2(a) | Aiding and Abetting |

This criminal complaint is based on these facts:

See attached affidavit.

☐ Continued on the attached sheet.

*Michael D Brown*
Complainant's signature

MICHAEL D. BROWN, Special Agent, FBI
Printed name and title

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by Telephone (specify reliable electronic means).

Date: 01/17/2021                    2021.01.17 22:42:16 -05'00'
Judge's signature

City and state: WASHINGTON, D.C.    Zia M. Faruqui, U.S. Magistrate Judge
Printed name and title